RECEIVED
NOV 1 4 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEGASUS INTERNATIONAL, INC. | CIVIL ACTION NO. 6:11-1402 |
| VERSUS | JUDGE DOHERTY |
| RON CHAMPAGNE, ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Reports and Recommendations [Doc. Nos. 67, 98; *see also* Doc. 89] of the magistrate judge are correct. Accordingly;

IT IS ORDERED that the Motion to Stay and Compel Arbitration filed by defendants Ron Champagne, Mike Domingue, Andre Vizina, Brandon Vizina and R. Carson Vizina [Doc. 7] is GRANTED, and accordingly, all arbitrable claims asserted against the foregoing defendants shall be resolved through arbitration and the litigation between plaintiff and these defendants is stayed. The alternative Motion to Dismiss [Doc. 7] is DENIED. The defendants' request for assessment of attorney's fees and costs is DENIED.

IT IS FURTHER ORDERED that the Motion to Stay and Compel Arbitration [Doc. 58] filed by defendants Shaun Derise, Jake Huval, and Russell Knott is GRANTED, and accordingly, all arbitrable claims asserted against the foregoing defendants shall be resolved through arbitration and the litigation between plaintiff and these defendants is stayed.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this _14_ day of November, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE